### 27264. Jones v. The State.

Broyles, C. J. The defendant was convicted of the offense of operating an automobile on a public highway without first having obtained permission from the owner of the car. The evidence authorized the verdict; and the court did not err in overruling the motion for new trial which embraced the general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

Decided January 18, 1939.

*H. Cliff Hatcher,* for plaintiff in error.
*P. B. Lewis Jr., solicitor,* contra.